**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In Re: | : | | |
| | : | | |
| Stacey Knoth | : | | |
| | : | | |
| | : | | |
| | : | Case No | **20-13635MDC** |
| | : | | |
| Debtor(s) | : | Chapter 13 | |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on December 14, 2020 a true and correct copy of the <u>Amended Plan</u> was served by electronic delivery or Regular US Mail to the Debtor, secured and priority creditors, the Trustee and all other directly affected creditors per the address provided on their Proof of Claims.  If said creditor(s) did not file a proof of claim, then the address listed on the Debtor's credit report will be used for service.

 

Very Truly Yours,

December 14, 2020

*/s/ **Brad J. Sadek, Esquire***
Brad J. Sadek, Esquire